UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND



FILED
2013 OCT 28 AM 4: 25
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DIST OF INDIANA

IN RE:  ) CHAPTER 13 PROCEEDINGS
)
Gerald E. McCullum ) Case No. 10-23716
Mary A. McCullum )
)

**AGREED ORDER**

Comes now Debtor(s), by counsel, D. Whitten, and comes now Paul R. Chael, Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to Dismiss. Parties submit the following Agreed Order:

1. That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2. That the Debtor(s) will increase their plan payment to $2517 starting in November, 2013.

    Debtor(s) will make full and timely payments for the remaining term of the plan and the payment is to be received in the month in which it is due.

3. That upon the conditions outlined above and upon the timely payments of Debtor(s) Chapter 13 Plan payments for _____, and _____ 2013, the Trustee's Motion to Dismiss will be withdrawn.

X3. In the event the Debtor(s) fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee after a five (5) day grace period.

_____
Attorney for Debtor(s)

_____
Amy J. Godshalk, Attorney for
Paul R. Chael, Chapter 13 Trustee

Entered: OCT 28 2013

_____ JS 104
J. Philip Klingeberger
Judge, U.S. Bankruptcy Court